UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

CAMERON LECROY

       Plaintiff,

  v.

INSOMNIA COOKIES, LLC

       Defendant

Case No.: 21-cv-888

---

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff hereby provides Notice that this matter may be dismissed with prejudice and without costs to either party.

Dated: September 20, 2021      By: *s/ Scott S. Luzi*
                                                  Scott S. Luzi, SBN 1067405
                                                Walcheske & Luzi, LLC
                                                235 N. Executive Drive, Suite 240
                                                Brookfield, Wisconsin 53005
                                                Telephone: (262) 780-1953
                                                Email: sluzi@walcheskeluzi.com

                                                *Attorneys for Plaintiff*